DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SEAN O. LORING,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0964

[May 28, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Deborah Carpenter-Toye, Judge; L.T. Case No. 062023MM007729A88810.

Gordon Weekes, Public Defender, and Lisa Steinberg Lawlor, Chief Assistant Public Defender, Fort Lauderdale, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Nathanial LeBlanc, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, JJ., and BURTON, CHARLES E., Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***